IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ZACHARY T. WILLINGHAM, </br></br> Plaintiff, </br></br> vs. </br></br> TAURUS INTERNATIONAL MANUFACTURING, INC. and TAURUS HOLDINGS, INC. </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 20-CV-59-S |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS TAURUS INTERNATIONAL MANUFACTURING, INC. AND TAURUS HOLDINGS, INC.**

COME NOW Plaintiff Zachary T. Willingham and Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc., by and through their respective attorneys, and jointly stipulate that all of Plaintiff's claims filed herein against Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. may be dismissed with prejudice, the parties to bear their own attorney's fees and costs.

WHEREFORE, the parties move this Court for its Order dismissing all claims herein against Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. with prejudice, the parties to bear their own attorney's fees and costs.

/ / / Rest of Page Intentionally Left Blank / / /

1

DATED this 19th day of April, 2021.

| | |
|---|---|
| ZACHARY T. WILLINGHAM, Plaintiff | TAURUS INTERNATIONAL MANUFACTURING, INC. and TAURUS HOLDINGS, INC., Defendants |
| /s/ Melvin C. Orchard, III<br>Melvin C. Orchard, III (Wyo. Bar #5-2984)<br>THE SPENCE LAW FIRM, LLC<br>15 South Jackson Street<br>P.O. Box 548<br>Jackson, WY 83001 | /s/ Scott P. Klosterman<br>Scott P. Klosterman (Wyo. Bar #6-3081)<br>WILLIAMS, PORTER, DAY & NEVILLE, P.C.<br>159 North Wolcott, Suite 400<br>P.O. Box 10700<br>Casper, WY 82602-3902<br><br>*and*<br><br>John F. Weeks IV (*pro hac vice*)<br>Benjamin E. Reed (*pro hac vice*)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>Promenade, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309 |