FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 APR 23  AM 9: 38

MARGARET BOTKINS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

ZACHARY T. WILLINGHAM,        )
                              )
        Plaintiff,            )
                              )
vs.                           )        Civil Action No. 20-CV-59-S
                              )
TAURUS INTERNATIONAL          )
MANUFACTURING, INC. and       )
TAURUS HOLDINGS, INC.         )
                              )
        Defendants.           )

---

## ORDER OF DISMISSAL WITH PREJUDICE OF
## DEFENDANTS TAURUS INTERNATIONAL MANUFACTURING, INC. AND TAURUS HOLDINGS, INC.

---

THIS MATTER having come before the Court on the parties' *Stipulation for Voluntary Dismissal With Prejudice of Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc.* and the Court finding that good cause exists therefor:

IT IS HEREBY ORDERED that all claims against Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. in the above-captioned matter be, and they hereby are, dismissed with prejudice and that the parties shall bear their own attorney's fees and costs.

DATED this ___22nd___ day of April, 2021.

BY THE COURT:

Hon. Scott W. Skavdahl
United States District Court Judge

1